IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

BRIAN RUNNELS                                                                               PLAINTIFF

v.                                                                                    No. 4:05MC7-JAD

CHRISTOPHER EPPS, ET AL., ET AL.                                                         DEFENDANTS

## ORDER ADOPTING REPORT AND RECOMMENDATION

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated October 12, 2005, was on that date duly served by mail upon the *pro se* plaintiff at his last known address; that more than ten days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore

**ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated October 12, 2005, is hereby approved and adopted as the opinion of the court.

2. That the plaintiff not be allowed to file this complaint.

3. That the instant case is **DISMISSED** with prejudice.

THIS, the 24th day of January, 2006.

/s/ Glen H. Davidson
CHIEF JUDGE